RICHARD CLARENCE WILLIS v. LEO F. UTECHT.
WELDON BURL MEADOWS v. SAME.[1]

June 2, 1950.

Nos. 35,305, 35,306.

*Richard Clarence Willis* and *Weldon Burl Meadows, pro se.*
*J. A. A. Burnquist,* Attorney General, and *Charles E. Houston,* Assistant Attorney General, for respondent.

PER CURIAM.

These petitions present no such exceptional circumstances as would justify original application to this court for a writ of habeas corpus. State ex rel. Murphy v. Wolfer, 127 Minn. 102, 148 N. W. 896, L. R. A. 1915B, 95; Wojahn v. Halter, 229 Minn. 374, 39 N. W. (2d) 545.

Writs denied.

---

[1]Reported in 42 N. W. (2d) 818.